

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2020

No. 04-19-00786-CV

**IN THE INTEREST OF P.M.M.K.,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00915
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2.

The appellant's brief was originally due to be filed on December 11,2019. We previously granted appellant an extension of time in which to file appellant's brief, extending the due date to January 9, 2020. Appellant requests an extension of twenty days in which to file appellant's brief. The motion is GRANTED. It is ORDERED that appellant's brief must be filed in this appeal on or before **January 29, 2020**. Given the disposition deadline for this appeal, **further extensions of time in which to file appellant's brief will be disfavored**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court